**ORIGINAL**

**07 CV 3857**

JUDGE ROBINSON

COZEN O'CONNOR
JOHN B. GALLIGAN, ESQ. (JG-1589)
45 BROADWAY, 16TH FLOOR
NEW YORK, NEW YORK 10006
(212)509-9400
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ENCOMPASS INSURANCE COMPANY,
as subrogee of Juan Polanco and Martina Fernandez,

              Plaintiff,

    – against –

DE LIMA CONTRACTORS, INC., GENE DE OLIVEIRA:
Individually, and d/b/a OLIVEIRA CONTRACTING, INC.:
and ALBERT PALANCIA AGENCY, INC.,

              Defendants.
---------------------------------------------------------------X

Case No.

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, Encompass Insurance Company, as subrogee of Juan Polanco and Martina Fernandez, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**SEE ATTACHED**

Dated: New York, New York
      May 16, 2007

                                                        **COZEN O'CONNOR**

                                                        By: John B. Galligan, Esq. (JG-1589)
                                                        *Attorneys for Plaintiff*
                                                        45 Broadway, 16th floor
                                                        New York, New York 10006
                                                        (212) 509-9400

NEWYORK_DOWNTOWN\234894\1  167575.000

| | Policy- holders' Surplus |
|---|---|
| 567 | 12,721,639 |
| 588 | 13,772,727 |
| 283 | 13,760,543 |
| 593 | 16,100,583 |
| '46 | 16,766,722 |

—Liquidity—
| erall iq. (%) | Oper. Cash-flow (%) |
|---|---|
| 2.1 | 103.3 |
| 7.7 | 99.8 |
| 4.6 | 108.3 |
| 1.0 | 116.5 |
| 1.0 | 118.7 |
| ... | ... |

company-filed
ny is compared

rt of Allstate

Y ($000)
| | Loss & LAE Res. |
|---|---|
| | 8,990,507 |
| | 278,971 |
| | 1,529,127 |
| | 442,338 |
| | 2,932,891 |
| | 14,173,834 |

New York, $1,129,724 b); 46 other

of Allstate

| | PHS Growth (%) |
|---|---|
| 63 | 0.1 |
| 88 | 8.3 |
| 84 | -0.1 |
| 41 | 17.0 |
| 38 | 4.1 |
| 46 | ... |

of Illinois

al stock at

publicly

Officer,
J. Wilson
ior Vice
President
dent and
ent and
erine S.
eorge E.
muel H.

ward M.
ichael J.

JALTY

---

Roche, George E. Ruebenson, Eric A. Simonson, Casey J. Sylla, Joseph V. Tripodi, Thomas J. Wilson II.

### REGULATORY

An examination of the financial condition was made as of December 31, 2003 by the Insurance Departments of Delaware, Illinois, Mississippi and Nevada. An annual independent audit of the company is conducted by Deloitte & Touche, LLP. An annual evaluation of reserves for unpaid losses and loss adjustment expenses is made by KPMG, LLP.

**Territory:** The company is licensed in the District of Columbia, Puerto Rico, AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY. It is also licensed in all Canadian provinces and territories.

### REINSURANCE PROGRAMS

For a detailed discussion of reinsurance, refer to the report of Allstate Insurance Group.

### BALANCE SHEET

#### ADMITTED ASSETS ($000)

| | 12/31/04 | 12/31/03 | '04% | '03% |
|---|---|---|---|---|
| Bonds | 27,019,631 | 25,971,775 | 60.4 | 60.8 |
| Preferred stock | 309,279 | 331,456 | 0.7 | 0.8 |
| Common stock | 4,513,336 | 4,072,812 | 10.1 | 9.5 |
| Cash & short-term invest | 480,259 | 8,982 | 1.1 | 0.0 |
| Other non-affil inv asset | 928,696 | 535,105 | 2.1 | 1.3 |
| Investments in affiliates | 5,322,942 | 5,442,423 | 11.9 | 12.7 |
| Real estate, offices | 326,516 | 339,579 | 0.7 | 0.8 |
| Total invested assets | 38,900,659 | 36,702,133 | 87.0 | 86.0 |
| Premium balances | 3,851,044 | 3,610,414 | 8.6 | 8.5 |
| Accrued interest | 352,962 | 476,214 | 0.8 | 1.1 |
| All other assets | 1,607,081 | 1,901,832 | 3.6 | 4.5 |
| Total assets | 44,711,746 | 42,690,593 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

| | 12/31/04 | 12/31/03 | '04% | '03% |
|---|---|---|---|---|
| Loss & LAE reserves | 14,173,834 | 13,990,287 | 31.7 | 32.8 |
| Unearned premiums | 8,444,573 | 7,939,031 | 18.9 | 18.6 |
| Conditional reserve funds | 166,867 | 69,509 | 0.4 | 0.2 |
| All other liabilities | 5,159,749 | 4,591,183 | 11.5 | 10.8 |
| Total liabilities | 27,945,024 | 26,590,010 | 62.5 | 62.3 |
| Capital & assigned surplus | 2,246,012 | 2,226,232 | 5.0 | 5.2 |
| Unassigned surplus | 14,520,710 | 13,874,352 | 32.5 | 32.5 |
| Total policyholders' surplus | 16,766,722 | 16,100,583 | 37.5 | 37.7 |
| Total liabilities & surplus | 44,711,746 | 42,690,593 | 100.0 | 100.0 |

#### SUMMARY OF 2004 OPERATIONS ($000)

| Statement of Income | 12/31/04 | Funds Provided from Operations | 12/31/04 |
|---|---|---|---|
| Premiums earned | 23,628,375 | Premiums collected | 23,951,995 |
| Losses incurred | 12,294,869 | Benefit & loss related pmts | 12,110,074 |
| LAE incurred | 2,731,243 | Net transfers to accounts | ... |
| Undrw expenses incurred | 6,137,941 | LAE & undrw expenses paid | 8,594,879 |
| Div to policyholders | -1 | Div to policyholders | -1 |
| Net underwriting income | 2,464,323 | Undrw cash flow | 3,247,044 |
| Net investment income | 2,038,188 | Investment income | 2,065,115 |
| Other income/expense | 285,731 | Other income/expense | 285,731 |
| Pre-tax oper income | 4,788,242 | Pre-tax cash operations | 5,597,890 |
| Realized capital gains | 505,015 | | |
| Income taxes incurred | 1,429,709 | Income taxes pd (recov) | 1,457,798 |
| Net income | 3,863,547 | Net oper cash flow | 4,140,093 |

◆

---

## ALLSTATE INSURANCE GROUP
3075 Sanders Road, Suite G2H, Northbrook, IL 60062-7127
Web: www.allstate.com
Tel: 847-402-5000     Fax: 847-402-9116
AMB#: 00008

### BEST'S RATING
Based on our opinion of the group's Financial Strength, it is assigned a Best's Rating of A+ (Superior). The group's Financial Size Category is Class XV. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING UNIT MEMBERS
Allstate Insurance Group                                    (AMB# 00008):

| AMB# | COMPANY | RATING | |
|---|---|---|---|
| 00764 | Allstate County Mutual Ins Co | A+ | g |
| 03652 | Allstate Fire & Cas Ins Co | A+ | g |
| 02018 | Allstate Indemnity Company | A+ | g |
| 02017 | Allstate Insurance Company | A+ | g |
| 12482 | Allstate North American Ins Co | A+ | g |
| 01978 | Allstate Prop & Cas Ins Co | A+ | g |
| 10678 | Allstate Texas Lloyd's | A+ | g |
| 11559 | Deerbrook Insurance Company | A+ | g |
| 00542 | Encompass Indemnity Company | A+ | g |
| 11794 | Encompass Insurance Company | A+ | g |
| 03791 | Northbrook Indemnity Company | A+ | g |

### RATING RATIONALE

**Rating Rationale:** The rating reflects Allstate's superior financial strength, favorable operating performance and significant market presence. Modestly offsetting these positive rating factors is the group's exposure to frequent and severe weather related events. The rating outlook is based on the group's superior capitalization and A.M. Best's expectation of continued favorable earnings.

The group's strong capital position reflects management's conservative operating philosophies and correspondingly stable balance sheet. Further, management's commitment to capital discipline is reflected in the relatively low financial leverage maintained at The Allstate Corporation, as well as the additional liquidity provided at the holding company level through available lines of credit, its Kennett Capital, Inc. investment company, access to the capital markets as well as its commercial paper program. The group continues to compare favorably to its private passenger auto and homeowners industry composite peers due to its solid underwriting capabilities and consistent stream of investment income from its well-diversified conservative portfolio. The improvement in operating results in recent years reflects the group's tightened underwriting guidelines, improved risk segmentation along with firm pricing conditions. In addition, underwriting results in recent years reflect the favorable impact of the group's various expense management initiatives as well as its significant investment in technology. The group maintains an outstanding market presence as the second largest personal lines writer.

Allstate has implemented a variety of strategic initiatives to enhance its operating performance, accelerate organic growth and further increase its market presence. These strategic initiatives included the creation of a platform that provides customers with multiple access points to sales and service capabilities through Allstate agencies, the internet and direct call centers. These initiatives have also provided value-added customer services and have broadened Allstate's products and distribution channels. Further, the acquisition of Encompass Insurance (formerly CNA's personal lines business) enhanced the group's penetration of the independent agent market with improved performance recorded in recent years as a result of pricing and reunderwriting initiatives. The group diversified its earnings stream in recent years through the increased presence of Allstate Financial's retirement products. In an effort to further improve its overall position, the group also gained a full-service thrift charter for the Allstate Bank allowing the group to offer a wide range of consumer banking products. Another ongoing endeavor is the rollout and continual enhancement of its risk segmentation, underwriting and pricing tool, Strategic Risk Management (SRM). SRM is a comprehensive approach that coordinates the group's competitive position, marketing / retention strategies and underwriting guidelines to focus on profitability, growth and high value lifetime customers. Along with these initiatives, advertising expenditures have recently increased to reinvigorate and leverage its long-standing brand as "The Good Hands" company, as well as the rollout of Encompass.

Prior to 2001, the group consistently reported favorable loss reserve development on its core automobile and homeowner lines. However, due to a number of factors, adverse development occurred in accident years 2000 and 2001. Key drivers impacting loss reserve adequacy for those accident years were unusual late reported loss emergence due to severe weather experienced

2005 BEST'S INSURANCE REPORTS—PROPERTY/CASUALTY

To view a company's complete BEST'S COMPANY REPORT,
refer to BEST'S INSURANCE REPORTS on CD-ROM,
or go online at www.ambest.com/bir

181

at the end of 2000, late reported loss emergence and increased severity associated with mold-related losses, and litigation related reserve re-estimates. In addition, the group posted unfavorable reserve development on its discontinued lines, primarily with regard to asbestos. Recently, improvement in loss reserve development patterns has been noted, however, continued monitoring is needed to determine the sustainability of these results.

**Best's Rating: A+**                                      **Outlook: Positive**

### FIVE YEAR RATING HISTORY
Rating as of July 22, 2005: A+

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 06/10/05 | A+ | 01/17/03 | A+ |
| 06/15/04 | A+ | 01/14/02 | A+ |
| 02/18/04 | A+ | 03/13/01 | A+ |
| 06/12/03 | A+ | | |

### KEY FINANCIAL INDICATORS ($000)

Statutory Data

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 2000 | 19,708,700 | 21,622,807 | 1,823,852 | 1,871,065 | 38,827,428 | 12,761,458 |
| 2001 | 20,524,617 | 21,991,337 | 1,254,867 | 1,066,722 | 39,289,547 | 13,796,456 |
| 2002 | 21,908,396 | 23,342,077 | 1,862,877 | 1,401,831 | 40,867,844 | 13,798,341 |
| 2003 | 23,138,811 | 24,636,888 | 3,049,210 | 2,844,957 | 44,632,060 | 16,146,058 |
| 2004 | 24,710,596 | 25,983,894 | 3,683,752 | 3,148,537 | 47,210,538 | 16,802,489 |

| Period Ending | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2000 | 101.2 | 5.5 | 8.4 | 54.9 | 1.7 | 3.7 | 149.6 | 104.7 |
| 2001 | 103.5 | 5.6 | 5.8 | 45.9 | 1.6 | 3.4 | 154.5 | 101.2 |
| 2002 | 99.8 | 5.1 | 8.2 | 34.3 | 1.7 | 3.6 | 151.3 | 108.8 |
| 2003 | 95.2 | 5.0 | 12.7 | 38.7 | 1.5 | 3.3 | 157.1 | 116.4 |
| 2004 | 94.1 | 5.3 | 14.5 | 42.3 | 1.5 | 3.3 | 156.1 | 115.5 |
| 5-Yr | 98.5 | 5.3 | 10.1 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled through the A.M. Best Consolidation of statutory filings. Within several financial tables of this report, this group is compared against the Private Passenger Auto & Homeowners Composite.

### CORPORATE OVERVIEW

Allstate Insurance Group, led by Allstate Insurance Company, is primarily engaged through its subsidiaries and affiliates in personal property and casualty and life insurance. Established in 1931 by Sears, Roebuck and Co., Allstate is the country's second largest property and casualty underwriter and ranks among the top twenty-five largest life and health insurers.

Allstate offers customers the ability to contact them through a multi-channel distribution and service model called the "The Good Hands Network". This system allows consumers to buy and obtain service for certain Allstate personal property and casualty products through Allstate agencies, the internet and call centers. The three channels are integrated, allowing customers to receive the same products, price and service regardless of their preferred method of interacting with the company. In 2000, the group implemented a new distribution system by reorganizing its agencies into the exclusive agency independent contractor program, equipping agencies with increased access to customer data as well as opening Customer Information Call Centers.

In an effort to increase premium revenue from the independent agent channel, the group acquired the personal lines business of CNA Financial Corporation in 1999, subsequently renamed Encompass Insurance. As a result of a transitional arrangement between Allstate and CNA, some of the Encompass insurance products are currently written by underwriting companies owned by affiliates of CNA Financial Corporation and 100% reinsured by companies of the Allstate Group.

Allstate's property and casualty operations consist primarily of two principal areas of business: Allstate Protection and Discontinued Lines and Coverages. Allstate Protection, formerly named Personal Property and Casualty (PP&C), which historically included only the group's personal property and casualty business, now includes the ongoing commercial business written through the Allstate agency distribution channel. Discontinued Lines and Coverages consists of business no longer written by Allstate, including results from emerging asbestos, pollution and other mass tort claims and other business in run-off, and the historical results of the mortgage pool business and the businesses sold in 1996.

Private passenger automobile and homeowners products represent Allstate's primary business. The group maintains commanding national market shares and is second in the industry for each line. The group's relatively small amount of commercial lines business — representing approximately 5% of property and casualty net writings — is sold largely to small and medium sized establishments. Allstate's personal lines strategy is to pursue accelerated growth and profitability through initiatives to become better, bigger and broader. In an effort to offer its customers increased efficiencies and value, Allstate Non-Insurance Holdings, Inc. acquired Sterling Collision Centers Inc. in 2001. The acquisition included 39 collision repair facilities in seven states with a strong management team with future expansion capabilities. Further, Allstate continues to reduce its high exposure to catastrophe losses through a number of loss mitigation, marketing, pricing and product initiatives.

Allstate Life Insurance Company and its life insurance subsidiaries and affiliates primarily market personal financial products including life insurance and annuities. Allstate Financial intends to expand its cross-selling of personal financial products through the property and casualty agency force. Personal financial products are marketed through multiple distribution channels: career agents, independent agents, brokers and financial planners, exclusive financial specialists, financial institutions and the Internet. Further, the 1999 acquisition of American Heritage Life Investment Corporation, the third largest distributor of life, disability and health insurance to employees at their workplace, as well as strategic alliances with major brokerage and mutual fund complexes has helped broaden Allstate.

A.M. Best's rating of Allstate Insurance Group applies to the group's lead company, Allstate Insurance Company, and its wholly-owned subsidiaries, and is based on the consolidation of these companies as well as the separately rated wholly-owned subsidiaries, Allstate Floridian Insurance Company, Allstate Floridian Indemnity Company, Allstate New Jersey Insurance Company and Encompass Insurance Company of New Jersey, the group's dedicated Florida and New Jersey only subsidiaries.

### CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | % OWN |
|---|---|---|---|
| 58312 | *Allstate Corporation* | DE | |
| 02017 | Allstate Insurance Company | IL | 100.00 |
| 00764 | Allstate County Mutual Ins Co | TX | |
| 03652 | Allstate Fire & Cas Ins Co | IL | 100.00 |
| 50038 | *Allstate Holdings LLC* | DE | 100.00 |
| 12128 | Allstate Floridian Indem Co | IL | 100.00 |
| 10648 | Allstate Floridian Ins Co | IL | 100.00 |
| 12711 | Encompass Floridian Indemnity | IL | 100.00 |
| 12710 | Encompass Floridian Ins Co | IL | 100.00 |
| 02018 | Allstate Indemnity Company | IL | 100.00 |
| 85704 | Allstate Insurance Co Canada | Canada | 100.00 |
| 85774 | Pembridge Insurance Company | Canada | 100.00 |
| 06027 | Allstate Life Ins Co | IL | 100.00 |
| 07289 | Allstate Assurance Company | IL | 100.00 |
| 07291 | Allstate Life Ins Co of NY | NY | 100.00 |
| 06211 | Charter National Life Ins Co | IL | 100.00 |
| 06572 | Intramerica Life Ins Co | NY | 100.00 |
| 06657 | Lincoln Benefit Life Co | NE | 100.00 |
| 07109 | Surety Life Ins Co | NE | 100.00 |
| 12482 | *Allstate North American Ins Co* | IL | 100.00 |
| 01978 | Allstate Prop & Cas Ins Co | IL | 100.00 |
| 50042 | *Allstate Texas Lloyd's Inc.* | TX | 100.00 |
| 10678 | Allstate Texas Lloyd's | TX | |
| 50535 | *Encompass Financial Group, LLC* | DE | 100.00 |
| 03791 | Northbrook Indemnity Company | IL | 100.00 |
| 11559 | Deerbrook Insurance Company | IL | 100.00 |
| 50719 | *Encompass Holdings LLC* | DE | 100.00 |
| 11794 | Encompass Insurance Company | IL | 100.00 |
| 00542 | Encompass Indemnity Company | IL | 100.00 |
| 50039 | *NJ Holdings, LLC* | DE | 100.00 |
| 12106 | Allstate New Jersey Insurance | IL | 100.00 |
| 12612 | Encompass Insurance Co of NJ | IL | 100.00 |
| 50053 | *Allstate Intern Ins Holdings* | DE | 100.00 |
| 73175 | Allstate Reinsurance Ltd | Bermuda | 100.00 |
| 58007 | *American Heritage Life Inv Cp* | FL | 100.00 |
| 06064 | American Heritage Life Ins Co | FL | 100.00 |
| 06259 | Concord Heritage Life Ins Co | NH | 100.00 |
| 50536 | *Fidelity International Co Ltd* | Bahamas | 100.00 |
| 84347 | Fidelity International Ins Co | Bahamas | 100.00 |
| 00201 | First Colonial Insurance Co | FL | 100.00 |
| 08960 | Keystone State Life Ins Co | PA | 100.00 |

Allstate County Mutual Insurance Company is directed by the same management and staff associated with Allstate Insurance Company. Allstate Texas Lloyd's is owned by Allstate Texas Lloyd's, Inc, an attorney-in-fact.

### BUSINESS REVIEW

Collectively, the property and casualty group led by Allstate Insurance Company writes multiple lines of personal and commercial insurance throughout the United States and in Canada. The group's mix of business is split approximately 95% personal lines and 5% commercial lines. Primary lines of business are private passenger automobile and homeowners insurance, which respectively represent approximately 70% and 25% of Allstate's total book of property and casualty business. With personal automobile lines serving as an entree, agents are capable of cross-selling other products to