UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                        Index No. 07 CV 3857

---

ENCOMPASS INSURANCE COMPANY, AS SUBROGEE OF JUAN PALANCO AND MARTINA
FERNANDEZ
                                                    , Plaintiff(s)

— against —

DELIMA CONTRACTORS, INC., GENE DE OLIVEIRA, INDIVIDUALLY, AND D/B/A
OLIVEIRA CONTRACTING, INC. AND ALBERT PALANCIA AGENCY, INC.,
                                                    , Defendant(s)

---

State of New York    )
                     )  SS.:
County of Westchester )

AFFIDAVIT OF SERVICE

John Axelrod being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 05/30/2007 at 12:25 PM at:
    ALBERT PALANCIA AGENCY, INC.
    116 MAMARONECK AVENUE
    MAMARONECK NY 10543
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
RULE 7.1 STATEMENT

on ALBERT PALANCIA AGENCY, INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Mark Palancia
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Owner and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 47  HEIGHT: 5'9''  WEIGHT: 175  HAIR: GREY  RACE: WHITE  SEX: MALE

SWORN TO BEFORE ME 6/1/07

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod      License #

OUR DOC# 18187
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
167575