UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, as subrogee of Juan Polanco and Martina Fernandez,<br><br>                  Plaintiff,<br><br>-against-<br><br>DE LIMA CONTRACTORS, INC, GENE DE OLIVERIA, Individually, and d/b/a/ OLIVEIRA CONTRACTING, and ALBERT PALANCIA AGENCY, INC.,<br>                  Defendants. | Docket No:   07 CV 3857 (SCR)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that LUSTIG & BROWN, LLP has been retained by and appears for Defendant, ALBERT PALANCIA AGENCY, INC. in this action.

Dated: New York, New York
         June 19, 2007

                                            LUSTIG & BROWN, LLP

                                            By: _____
                                               Stephen C. Cunningham (SCC-7583)
                                               *Attorneys for Defendant*
                                               *Albert Palancia Agency Inc.*
                                               28 West 44th Street, 20th Floor
                                             New York, New York 10036
                                             Telephone: (212) 832-3235
                                             Fax: (212) 832-3155

TO:    COZEN O'CONNOR
         John Galligan, Esq (JG-1589)
         *Attorneys for Plaintiffs*
         45 Broadway, 16th Fl.
         New York, New York 10006
         Telephone: (212) 908-1276
         Fax: (212) 509-9492