**LUSTIG & BROWN, LLP**
ATTORNEYS AT LAW
28 West 44th Street, 20th Floor
New York, NY 10036
Telephone: (212) 832-3235
Telefax: (212) 832-3155 (Not for Service)

June 19, 2007

Via Facsimile Only: (914) 390-4179
Hon. Stephen C. Robinson, U.S.D.J.
United States Courthouse
300 Quarropus St., Rm 633
White Plains, NY 10601

# MEMO ENDORSED

Re: *Encompass Ins. Agency Co. v. DeLima Contractors, Inc., et al.*
Docket No: **07 CV 3857 (SCR)**
Our File: 12976

Dear Honorable Sir:

We represent defendant Albert Palancia Agency, Inc. in the above-referenced action. We have sought, and have received, the consent of our adversary for an extension of time of thirty (30) days in which to file our Answer, up to and including July 19, 2007.

Chambers has directed that the Court will accept application by a letter which the Court may "So Order". We respectfully request that the Court "So Order" this agreement and facsimile us a copy of the same for our records and for facsimile service upon our adversary

Respectfully,

Stephen C. Cunningham (SCC-7583)
LUSTIG & BROWN, LLP
Attorneys for Defendant
Albert Palancia Agency Inc.
28 W. 44th St, 20th Fl
New York, New York 10036
(212) 832-3235
(F) (212) 832-3155



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

1

BUFFALO, NY • NEW YORK, NY • STAMFORD, CT • NEWARK, NJ

*Carbon Copy Simultaneously Faxed To:*

COZEN O'CONNOR
John Galligan, Esq (JG-1589)
Attorneys for Plaintiffs
45 Broadway, 16th Fl.
New York, New York 10006
(212) 908-1276
F (212) 509-9492

SO ORDERED:

_Stephen C Robinson_
STEPHEN C. ROBINSON, U.S.D.J., S.D.N.Y. 6/19/07

2

BUFFALO, NY • NEW YORK, NY • STAMFORD, CT • NEWARK, NJ