# AFFIDAVIT OF SERVICE

| NEW YORK | | |
|---|---|---|
| SOUTHERN DISTRICT OF NEW YORK | UNITED STATES DISTRICT COURT | CASE #:  07 CV 3857 |

18209

ENCOMPASS INSURANCE COMPANY, AS SUBROGREE OF JUAN POLANCO AND MARTINA FERNANDEZ

Plaintiff(s)/Petitioner(s)

against

DE LIMA CONTRACTORS, INC., ET AL.

Defendant(s)/Respondent(s)

State of NY

County of Albany        SS

Michael Pickett        being duly sworn , deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on  5/29/07        at   10:40 AM

at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH RULE 7.1 STATEMENT**

upon:   **ALBERT PALANCIA AGENCY, INC.**

defendant/respondent in this action by delivering and leaving with   Carol Vogt
authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY,  two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00.  That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | dark | 48-52 | 5'3" | 110 | |

Sworn to before me on:  5/29/2007

Notary Public

Michael Pickett

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe | 92565 |
|---|---|---|---|
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, Stateof NY | |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 | |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County | |
| Commission expires 8/2/09 | Commission expires 2/6/2013 | Commission Expires 5/30/10 | |