UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, as subrogee of Juan Polanco and Martina Fernandez, )<br><br>Plaintiff, )<br><br>-against- )<br><br>DE LIMA CONTRACTORS, INC, GENE DE OLIVERIA, Individually, and d/b/a/ OLIVEIRA CONTRACTING, and ALBERT PALANCIA AGENCY, INC., )<br>Defendants. ) | Docket No:    07 CV 3857 (SCR)<br><br>**7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant ALBERT PALANCIA AGENCY, INC. a private (non-governmental) party, certifies ALBERT PALANCIA AGENCY, INC. is a closely held corporation, and no shares of ALBERT PALANCIA AGENCY, INC. are privately traded.  There are no parents, subsidiaries and/or affiliates of that party which are publicly held.

Dated: New York, New York
      July 18, 2007

                    LUSTIG & BROWN, LLP
                    *Stephen C. Cunningham*
                    Stephen C. Cunningham (SCC-7583)
                    *Attorneys for Defendant*
                    *ALBERT PALANCIA AGENCY, INC.*
                    28 West 44th Street - 20th Floor
                    New York, New York 10036
                    (212) 832-3235