UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

ENCOMPASS INSURANCE COMPANY, as ) 
subrogee of Juan Polanco and Martina Fernandez, )
)
　　　　　　　　　Plaintiff, ) Docket No:   07 CV 3857 (SCR)
)
　　-against- )
)
DE LIMA CONTRACTORS, INC, GENE DE ) **ANSWER**
OLIVERIA, Individually, and d/b/a/ OLIVEIRA )
CONTRACTING, and ALBERT PALANCIA )
AGENCY, INC., )
　　　　　　　　　Defendants. )
)

---

Defendant, ALBERT PALANCIA AGENCY, INC., by its attorneys, LUSTIG & BROWN, LLP, as and for its Answer to the Complaint, alleges upon information and belief as follows:

## THE PARTIES

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "1" of the Complaint.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "2" of the Complaint.

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "3" of the Complaint.

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "4" of the Complaint.

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "5" of the Complaint.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "6" of the Complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "7" of the Complaint.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "8" of the Complaint.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "9" of the Complaint.

10. Admits the allegations contained in paragraph numbered "10" of the Complaint.

11. Admits the allegations contained in paragraph numbered "11" of the Complaint.

## JURISDICTION AND VENUE

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "12" of the Complaint.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "13" of the Complaint.

## FACTUAL ALLEGATIONS

14. With regard to the allegations contained in paragraph numbered "14" of the Complaint, the answering Defendant repeats and reiterates each and every response contained in paragraphs numbered "1" through "13" inclusive, of this Answer, with the same force as if fully set forth at length herein.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "15" of the Complaint.

16. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "16" of the Complaint.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "17" of the Complaint.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "18" of the Complaint

19. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "19" of the Complaint.

20. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "20" of the Complaint.

21. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "21" of the Complaint.

22. Admits that Defendant Palancia procured certain insurance policy for Defendant DeLima and issued certain certificates to DeLima as evidence of DeLima's insurance, refers this Honorable Court to the policies for their terms and conditions and denies knowledge or information as to the remaining allegations contained in paragraph numbered "22" of the Complaint.

23. Admits that Defendant Palancia procured certain insurance policy for Defendant DeLima Contractors, Inc. ("DeLima") and issued certain certificates to DeLima as evidence of DeLima's insurance, refers this Honorable Court to the policies for their terms and conditions and

denies knowledge or information as to the remaining allegations contained in paragraph numbered "23" of the Complaint.

24.     Admits that Defendant Palancia procured certain insurance policy for Defendant DeLima and issued certain certificates to DeLima as evidence of DeLima's insurance, refers this Honorable Court to the policies for their terms and conditions and denies knowledge or information as to the remaining allegations contained in paragraph numbered "24" of the Complaint.

25.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "25" of the Complaint.

26.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "26" of the Complaint.

27.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "27" of the Complaint.

28.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "28" of the Complaint.

29.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "29" of the Complaint.

30.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "30" of the Complaint.

31.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "31" of the Complaint.

32.     Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in paragraph numbered "32" of the Complaint.

33. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "33" of the Complaint.

34. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "34" of the Complaint.

35. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "35" of the Complaint.

36. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "36" of the Complaint.

37. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "37" of the Complaint.

38. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "38" of the Complaint.

### FIRST CAUSE OF ACTION
### NEGLIGENCE
### AGAINST DEFENDANTS DELIMA AND OLIVEIRA

39. With regard to the allegations contained in paragraph numbered "39" of the Complaint, the answering Defendant repeats and reiterates each and every response contained in paragraphs numbered "1" through "38" inclusive, of this Answer, with the same force as if fully set forth at length herein.

40. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph numbered "40" of the Complaint.

41. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "41" of the Complaint.

42. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "42" of the Complaint.

43. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "43" of the Complaint.

## SECOND CAUSE OF ACTION
## NEGLIGENCE
## AGAINST ALL DEFENDANTS

44. With regard to the allegations contained in paragraph numbered "44" of the Complaint, the answering Defendant repeats and reiterates each and every response contained in paragraphs numbered "1" through "43" inclusive, of this Answer, with the same force as if fully set forth at length herein.

45. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "45" of the Complaint.

46. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "46" of the Complaint.

47. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "47" of the Complaint.

48. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "48" of the Complaint.

49. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "49" of the Complaint.

50. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "50" of the Complaint.

51. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "51" of the Complaint.

### THIRD CAUSE OF ACTION
### BREACH OF CONTRACT
### AGAINST DEFENDANTS DE LIMA AND OLIVEIRA

52. With regard to the allegations contained in paragraph numbered "52" of the Complaint, the answering Defendant repeats and reiterates each and every response contained in

paragraphs numbered "1" through "51" inclusive, of this Answer, with the same force as if fully set forth at length herein.

53. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "53" of the Complaint.

54. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "54" of the Complaint.

55. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "55" of the Complaint.

56. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "56" of the Complaint.

### FOURTH CAUSE OF ACTION
### MISREPRESENTATION AND FRAUDULENT INDUCEMENT
### AGAINST ALL DEFENDANTS

57. With regard to the allegations contained in paragraph numbered "57" of the Complaint, the answering Defendant repeats and reiterates each and every response contained in paragraphs numbered "1" through "56" inclusive, of this Answer, with the same force as if fully set forth at length herein.

58. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted

against the remaining defendants contained in pargraph numbered "58" of the Complaint.

59. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "59" of the Complaint.

60. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "60" of the Complaint.

61. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "61" of the Complaint.

62. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "62" of the Complaint.

63. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "63" of the Complaint.

64. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "64" of the Complaint.

65. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "65" of the Complaint.

66. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "66" of the Complaint.

67. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "67" of the Complaint.

68. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "68" of the Complaint.

69. Denies the allegations as asserted against Defendant Palancia and denies knowledge or information sufficient to form a belief as to the truth of the allegations asserted against the remaining defendants contained in pargraph numbered "69" of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

The allegations set forth in the Complaint fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

If plaintiff or plaintiff's subrogee have sustained any injuries or damages as a result of the matters as alleged in the Complaint, then such injuries and damages resulted from plaintiff's or plaintiff's subrogee's own culpable conduct, and if recoveries are to be had in this action, such recovery must be reduced in proportion to which plaintiff's or plaintiff's subrogee's own culpable conduct caused or contributed to their damages.

## THIRD AFFIRMATIVE DEFENSE

The plaintiff's action is barred due to the application of the statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's complaint should be dismissed because there is no privity of contract.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's complaint should be dismissed because plaintiff has failed to plead fraud with the requisite particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's action must be dismissed because the doctrine of assumption of the risk acts as a bar to any recovery.

## JURY DEMAND

Defendant, ALBERT PALANCIA AGENCY, INC. demands a jury on all issues herein stated.

WHEREFORE, Defendant demands judgment as follows:

(a)     The causes of action of Plaintiff as against Defendant Palancia be dismissed;

(b)     Judgment be awarded to Defendant Palancia based upon the Affirmative Defenses;

©)     Any recovery awarded to Plaintiffs be diminished in proportion to which Plaintiff's own culpable conduct contributed to their claimed damages; and

(d)     Such other relief be awarded as the Court deems just and proper.

Dated: New York, New York
July 18, 2007

                                      LUSTIG & BROWN, LLP

                                      *Stephen C. Cunningham*

                                      Stephen C. Cunningham (SCC-7583)
*Attorneys for Defendant*
ALBERT PALANCIA AGENCY, INC.
28 West 44th Street - 20th Floor
New York, New York 10036
(212) 832-3235

(*Via Electronic Service*)
TO:    COZEN O'CONNOR
        John Galligan, Esq (JG-1589)
        *Attorneys for Plaintiffs*
        45 Broadway, 16th Fl.
        New York, New York 10006
        Telephone: (212) 908-1276
        Fax: (212) 509-9492