ENCOMPASS INSURANCE COMPANY, AS SUBROGEE OF JUAN POLANCO AND MARTINA FERNANDEZ

, Plaintiff(s)

- against -

DE LIMA CONTRACTORS, INC., GENE DE OLIVEIRA, INDIVIDUALLY, AND D/B/A OLIVEIRA CONTRACTING AND ALBERT PALANCIA AGENCY, INC.,

, Defendant(s)

State of New York    )
                     )  SS.:
County of Nassau     )

AFFIDAVIT OF SERVICE

Mark C. Eisenberg being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 08/28/2007 at 10:20 AM at:
    OLIVEIRA CONTRACTING
    84 KINKEL STREET
    WESTBURY NY 11590
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF MAGISTRATE JUDE GEORGE A. YANTHIS
INDIVIDUAL PRACTICES OF MAGISTRATE JUDE STEPHEN C. ROBINSON
3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL
PROCEDURES FOR ELECTRONIC CASE FILING
upon GENE DE OLIVEIRA,
by affixing true copies to the door of said premises which is recipients last known residence within the state.

Within 20 days of such service, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at:
    GENE DE OLIVEIRA
    OLIVEIRA CONTRACTING
    84 KINKEL STREET
    WESTBURY NY 11590
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bo n the legend "PERSONAL & CONFIDENTIAL" and did not indicate by return address or otherwise that the communication was from an attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said defendant at the time of service was not engaged in the military service of the United States or New York.

SWORN TO BEFORE ME 8/29/07

_Lauren E. Eisenberg_ (signature)

LAUREN E. EISENBERG
Notary Public, State of New York
No. 01EI6093871
Qualified in Suffolk County
Commission Expires June 9, 20__

Mark C. Eisenberg (signature)    License #1232210

OUR DOC# 19077
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
167575