UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENCOMPASS INSURANCE COMPANY,

                Plaintiff(s),

                **SCHEDULING ORDER**

      -against-                07 Cv. 3857 (CLB) (GAY)

DE LIMA CONTRACTORS, INC., et al.,

                Defendant(s).
-----------------------------------------------------------X
Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 2, 2007 at 9:15 A.M.

      The conference previously set for October 12, 2007 is cancelled.

SO ORDERED.

Dated: White Plains, New York
         October 19, 2007

                                        _/s/ Charles L. Brieant_
                                        Charles L. Brieant, U.S.D.J.