# LAW OFFICES OF JOHN PHELAN, LLC

955 McLean Avenue
Yonkers, New York 10704
(914) 237-5223
Fax (914) 237-4194

Connecticut Office
34 Circle Drive East
Ridgefield, CT 06877

John J. Phelan\*♦

\* Admitted in NY
• Admitted in NJ
♦ Admitted in CT

New Jersey Office
One Bethany Road
Building 6, Suite 86
Hazlet, NJ 07730

Andrew S. Cimino, Jr.\*•
Joseph V. Filippone•
Of Counsel

September 27, 2007

Hon. Charles L. Brieant
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Via fax: 914-390-4085

John B. Galligan, Esq.
Cozen O'Connor
Via fax: 66-263-1335

Stephen C. Cunningham, Esq.
Lustig & Brown
Via fax: 212-832-3155

Mario DeMarco, Esq.
Via fax: 914-937-3066

   Re: Encompass Insurance Co. v. Delima Contractors, Inc., et al
   Civil Action No. 07 CV 3857

Gentlemen:

   Please accept this letter as notice of the adjourned date granted in Court this morning concerning the above matter to **Thursday, October 25, 2007 at 9:15 a.m.** The Conference will be held before the Hon. Charles L. Brieant in Courtroom 218 at the US Courthouse located at 300 Quarropas Street, White Plains, New York.

   Please mark your calendars accordingly.

Very truly yours,

John J. Phelan

JJP:ejm