AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

**APPEARANCE**

Case Number: 07-cv-3857

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Gene DeOliveira
Appearance made of counsel to Law Offices of John Phelan LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/23/2007 | *[signature]* |
| Date | Signature |
| | Joshua D. Martin — jm 2877 |
| | Print Name — Bar Number |
| | 955 McLean Avenue |
| | Address |
| | Yonkers — NY — 10704 |
| | City — State — Zip Code |
| | (914) 237-5223 — (914) 237-4194 |
| | Phone Number — Fax Number |