UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
ENCOMPASS INSURANCE COMPANY, as subrogee    Docket No.: 07 CV 3857 (SCR)
of Juan Polanco and Martina Fernandez,

                              Plaintiff,

-against-

DE LIMA CONTRACTORS, INC, GENE DE
OLIVERIA, Individually, and d/b/a/ OLIVEIRA
CONTRACTING, and ALBERT PALANCIA
AGENCY, INC.,
                              Defendants.
------------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

     Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Lustig & Brown, LLP.

     Effective March 3, 2008 the above-mentioned matter will be handled out of our White Plains offices located at:

> 150 Grand Street, 5th Floor
> White Plains, New York 10601
> Tel: (212) 832-3235
> Fax: (212) 832-3155

     Please update the Court records.

*Stephen C. Cunningham*
_____
Stephen C. Cunningham (SCC- 7583)

CC all parties via ECF.