PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
## O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

16TH FLOOR   45 BROADWAY   NEW YORK, NY 10006-3792   212.509.9400   800.437.7040   212.509.9492 FAX   www.cozen.com

March 25, 2008

**John B. Galligan**
Direct Phone 212.908.1276
Direct Fax   866.263.1335
jgalligan@cozen.com

**Via Facsimile (212) 832-3155 & E-Mail**

Stephen C. Cunningham, Esq.
Lustig & Brown, LLP
28 West 44th Street, 20th Floor
New York, New York 10036

**VIA Facsimile (914) 937-3066 & E-Mail**

Mario DeMarco, Esq.
8 South Main Street
Port Chester, New York 10573

**Via Facsimile (914) 237-4194 & E-Mail**

John J. Phelan, Esq.
Law Offices of John Phelan
955 McLean Avenue
Yonkers, New York 10704-4107

Re:   Encompass Insurance Co. a/s/o Juan Polanco and Martina Fernandez
      v. DeLima Contractors, Inc., et. al.
      Civil Action No.:   07 CV 3857
      Our File No.:       167575

Dear Counselors:

As you are aware, our office represents the plaintiff with respect to the above-referenced matter. As you are also aware, our firm recently wrote a letter to Judge Brieant seeking an adjournment of the Case Management Conference scheduled for this Friday and an extension of time to complete discovery in this lawsuit.

Please be advised that Judge Brieant has granted the foregoing requests. In this regard, the Case Management Conference has been adjourned to Friday, July 11, 2008, at 9:00 a.m. and the discovery deadline has been extended until Tuesday, June 24, 2008. Kindly mark your calendars accordingly.

Stephen C. Cunningham, Esq.
Mario DeMarco, Esq.
John J. Phelan, Esq.
March 25, 2008
Page 2

---

Finally, we were advised that Judge Brieant will not entertain any further adjournment requests related to this matter.

Feel free to contact me if you have any questions or comments regarding the foregoing.

Very truly yours,

COZEN O'CONNOR

By: John B. Galligan

JBG/kw

cc: **(VIA FACSIMILE (914) 390-4085)**

Honorable Charles L. Brieant
United States District Judge
Southern District of New York