

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

16TH FLOOR  45 BROADWAY  NEW YORK, NY 10006-3792  212.509.9400  800.437.7040  212.509.9492 FAX  www.cozen.com

July 3, 2008

John B. Galligan
Direct Phone 212.908.1276
Direct Fax 866.263.1335
jgulligan@cozen.com

**VIA E-MAIL & FIRST CLASS POST**

Stephen C. Cunningham, Esq.
Lustig & Brown, LLP
28 West 44th Street, 20th Floor
New York, New York 10036

Mario DeMarco, Esq.
8 South Main Street
Port Chester, New York 10573

John J. Phelan, Esq.
Law Offices of John Phelan
955 McLean Avenue
Yonkers, New York 10704-4107

Re:  Encompass Insurance Co. a/s/o Juan Polanco and Martina Fernandez
v. DeLima Contractors, Inc., et. al.
Civil Action No.:  07 CV 3857
Our File No.:  167575

Dear Counselors:

Please be advised that I was contacted by Ms. Alice Cama, the Courtroom Deputy Clerk for Judge Brieant, regarding the above-referenced matter. Ms. Cama advised that the Case Management Conference scheduled for Friday, July 11, 2008, at 9:00 a.m., needed to be adjourned by the Court. Furthermore, Ms. Cama inquired as to the status of this case with respect to discovery.

I advised Mr. Cama that the parties have engaged in serious settlement discussions. I also advised that many aspects of discovery, including the depositions of the defendants, remain outstanding.

Please be advised that the Court has adjourned the Case Management Conference to Friday, September 19, 2008, at 9:00 a.m. If the matter resolves amicably, then no appearance is necessary at that time. Otherwise, we should complete all outstanding discovery prior to the conference.