

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

16TH FLOOR   45 BROADWAY   NEW YORK, NY 10006-3792   212.509.9400   800.437.7040   212.509.9492 FAX   www.cozen.com

August 22, 2008

John B. Galligan
Direct Phone 212.908.1276
Direct Fax   866.263.1335
jgalligan@cozen.com

**VIA ECF**

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   Encompass Insurance Co. a/s/o Juan Polanco and Martina Fernandez v. DeLima
      Contractors, Inc., et. al.
      Index No.:         07 CV 3857
      Our File No.:      167575

Dear Judge Seibel:

As Your Honor is aware, Cozen O'Connor represents Encompass Insurance Company, the plaintiff in the above-captioned action. I am writing to inform the Court that the above-referenced matter has settled.

Once the settlement proceeds have been received, the parties will file a Stipulation of Dismissal.

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
August 22, 2008
Page 2

---

      On behalf of my client and defense counsel, I would like to thank Your Honor for your time and attention to this matter.

                                        Respectfully submitted,

                                        COZEN O'CONNOR

                                        By: John B. Galligan

JBG/kw

cc:    Stephen C. Cunningham, Esq. **(VIA ECF)**
       Lustig & Brown, LLP

       Mario DeMarco, Esq. **(VIA ECF)**

       John J. Phelan, Esq. **(VIA ECF)**
       Law Offices of John Phelan