UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ENCOMPASS INSURANCE COMPANY,
as subrogee of Juan Polanco and Martina Fernandez,

                Plaintiff,      :

           -against-          :

                                          CV 07 3857(CS)

DE LIMA CONTRACTORS, INC, GENE     :
DE OLIVERIA, Individually, and d/b/a/    :
OLIVEIRA CONTRACTING, and ALBERT  :
PALANCIA AGENCY, INC.,                 :

               Defendant.     :
-------------------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

**To:**    **Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for Stephen C. Cunningham:

1. I am admitted to practice before the United States District Court for the Southern District of New York. My bar number is SCC 7583.

2. I have moved from the law firm of Lustig & Brown, LLP to the law firm of Keidel, Weldon & Cunningham, LLP.

3. I will continue to be counsel of record on the above-entitled case at my new firm.

4. My new address, telephone number, facsimile number and e-mail address is as follows:

>Keidel, Weldon & Cunningham, LLP
>925 Westchester Avenue, Suite 302
>White Plains, New York 10604
>
>Telephone   (914) 948-7000
>Facsimile   (914) 948-7010
>
>E-mail:   Scunningham@kwcllp.com

White Plains, New York
September 10 , 2008

>*Stephen C. Cunningham*
>Stephen C. Cunningham (SCC-7583)

To: All parties via ECF filing